AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

A DELL INSPIRON COMPUTER P-3 2500 (model no. PP021)
A CANNON EOS DIGITAL CAMERA;
A KODAK DX 3600 CAMERA; and
A HP 9600 P-3 COMPUTER (model no. GFDM 49120694A)

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I, Timothy Palchak,                    being duly sworn depose and say:

I am a   Detective with the Metropolitan Police Department ("MPD")   and have reason to believe
            (Official Title)

that  (name, description and or location)

**A DELL INSPIRON COMPUTER P-3 2500 (model no. pp02l); A CANNON EOS DIGITAL CAMERA; A KODAK DX 3600 CAMERA; and A HP 9600 P-3 COMPUTER (model no. GFDM 49120694A), AS FULLY DESCRIBED IN THE ATTACHED AFFIDAVIT**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
**SEE ATTACHMENT "A" INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

concerning a violation of Title 18   United States Code, Section 2423(b) .  The facts to support a finding of Probable Cause are as follows:

**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

Continued on the attached sheet and made a part hereof.      ☒   YES   ☒   NO

DENISE M. CLARK
Federal Major Crimes Section
(202)353-8213

Signature of Affiant
TIMOTHY PALCHAK, DETECTIVE
Metropolitan Police Department

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer