AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

A DELL INSPIRON COMPUTER P-3 2500 (
A CANNON EOS DIGITAL CAMERA;
A KODAK DX 3600 CAMERA;
and A HP 9600 P-3 COMPUTER

## SEARCH WARRANT

CASE NUMBER: 06-379-M-01

TO: TIMOTHY PALCHAK   and any Authorized Officer of the United States

Affidavit(s) having been made before me by Detective Timothy Palchak  who has reason to believe that
(name, description and or location)

A DELL INSPIRON COMPUTER P-3 2500,       A CANNON EOS DIGITAL CAMERA; A
KODAK DX 3600 CAMERA; and A HP 9600 P-3 COMPUTER                (A), AS FULLY
DESCRIBED IN THE ATTACHED AFFIDAVIT

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**SEE ATTACHMENT "A" HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ____SEP 0 1 2006_____
                                                           (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☑ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

AUG 24 2006  4:22    at Washington, D.C.
Date and Time Issued
ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer          Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>8/25/06 | DATE AND TIME WARRANT EXECUTED<br>8/24/06 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>N/A (Consent Search) |
| INVENTORY MADE IN THE PRESENCE OF | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

All evidence in the listed Attachment was sent to the Forensic lab for examination.

**FILED**

AUG 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____    8-30-06
U.S. Judge or U.S. Magistrate Judge        Date